UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KRYSTAL ANN MCKENNA-HILDRETH and BARRY JAMES HILDRETH,**

**Plaintiffs,**

**v.** **Case No. 5:25-cv-704-CEM-PRL**

**MHC PROPERTY MANAGEMENT, L.P. and EQUITY LIFESTYLE PROPERTIES, INC.,**

**Defendants.**
_________________________________/

**ORDER**

THIS CAUSE is before the Court on Defendants' Motion to Dismiss ("Motion," Doc. 18) and Plaintiffs' Response (Doc. 23). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 43), recommending that the Motion be granted, the case be dismissed, and all pending motions terminated as moot. (*Id.* at 16). Plaintiffs filed an Objection (Doc. 44) and Defendants filed a Response (Doc. 45).

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's R&R concerning specific proposed findings or recommendations to which an objection is made. *See*

*also* Fed. R. Civ. P. 72(b)(3). *De novo* review "require[s] independent consideration of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Plaintiffs raise numerous objections including objections to the discussion of whether Defendants are the proper defendants, (Doc. 44 at 2–4), objections to the analysis of the ADA discrimination claim, (*id.* at 4–6), objections to the consideration of Defendants' affirmative defense, (*id.* at 7–9), and objections to the remedy the Magistrate Judge recommended, (*id.* at 10–11), among other objections. The Court has reviewed and considered all of Plaintiff's Objections to the R&R on a *de novo* basis and finds they lack merit. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Magistrate Judge's recommended disposition is accepted, and the R&R is incorporated herein by reference. *See Williams v. Omega Labs. Inc.*, 2026 WL 1847300, at *2 (11th Cir. June 26, 2026) (holding that a district court need not "restate what was already detailed" by the Magistrate Judge and adopted into the order).

Additionally, the Court considers whether Plaintiffs should be given leave to file an amended complaint. "Generally, a district court must sua sponte provide a pro se plaintiff at least one opportunity to amend [their] complaint." *Ross v. Apple,*

*Inc.*, 741 F. App'x 733, 736 (11th Cir. 2018). But "a district judge need not allow an amendment where amendment would be futile." *Cornelius v. Bank of Am., NA*, 585 F. App'x 996, 1000 (11th Cir. 2014). "Leave to amend a complaint is futile when the complaint as amended would still be properly dismissed or be immediately subject to summary judgment for the defendant." *Id.* (quoting *Cockrell v. Sparks*, 510 F.3d 1307, 1310 (11th Cir. 2007)). Because Plaintiffs have not previously been given an opportunity to amend their Complaint, and it is not abundantly clear that amendment is futile, Plaintiffs will be permitted to file an amended complaint that corrects the deficiencies outlined in the R&R. Even so, in light of the analysis in the R&R, it does not appear likely that Plaintiffs will be able to state a plausible claim for relief. (*See* Doc. 43 at 10–13). In the interests of judicial economy, the deadlines in this case, except for Plaintiffs' deadline to file an amended complaint and Defendants' deadline to respond, will be stayed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiffs' Objection to the Report and Recommendation (Doc. 44) is **OVERRULED**.
2. The Report and Recommendation (Doc. 43) is **ADOPTED** and made a part of this Order.
3. Defendants' Motion to Dismiss (Doc. 18) is **GRANTED**.
4. Plaintiffs' Complaint (Doc. 1) is **DISMISSED without prejudice**.

5. **On or before September 8, 2026**, Plaintiffs may file an amended complaint that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

6. All deadlines, other than the deadline for Plaintiffs to file their amended complaint and the deadline for Defendants to respond to the amended complaint are **STAYED** pending further order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on August 18, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties
Counsel of Record